UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DIZARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>                    Defendant. | C14-707 TSZ<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 16, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is DISMISSED with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER - 1

1  Dated this 16th day of April, 2015.

2

3

4  THOMAS S. ZILLY
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2